

# COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

April 28, 2015

David L. Brenner
P.O. Box 26300
Austin, TX 78755-0300

Bradley Dean McClellan
1701 Directors Blvd., Suite 110
Austin, TX 78744

RE:    Court of Appeals Number:    04-14-00685-CV
         Trial Court Case Number:    12-0823-CV
         Style:    American Casualty Co. of Reading, Penn. v. Denise Bushman as Beneficiary of Clayton F. Bushman, Jr., Deceased

Dear Counsel:

The above cause has been set for formal submission and oral argument before this Court on June 24, 2015, at 9:00 AM, before a panel consisting of Chief Justice Sandee Bryan Marion, Justice Rebeca C. Martinez, and Justice Luz Elena D. Chapa.

Argument is limited to twenty (20) minutes to each side and ten (10) minutes rebuttal for the appellant. If you do not wish to present argument, you must notify this Court in writing within seven (7) days of receiving this notice.

Very truly yours,

*Sandee Bryan Marion*

Sandee Bryan Marion, Chief Justice